

1

NICK PACHECO LAW GROUP, APC

2

Nick Pacheco, Esq. (SBN 173391)
15501 San Fernando Mission Blvd., Suite 110

The following constitutes
the order of the court. Signed September 18, 2011

3

Mission Hills, CA 91345
Telephone: (888)-888-8641

4

Fax: (800)210-0028

_____

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

5

ATTORNEY FOR DEBTORS

_____

6

7

## U.S. BANKRUPTCY COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

## SAN JOSE DIVISION

10

11

12

**In Re:**

13

14

**GENOVEVA LOPEZ AND,**
**ARMANDO PEREZ**

15

Debtors.

16

17

18

19

20

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 11-57219**

**Chapter: 13**

**ORDER  GRANTING MOTION TO**
**VALUE COLLATERAL AND AVOID**
**LIEN OF OCWEN LOAN SERVICING**
**LLC**

**Related Docket Entry: 14**

21

22

On August 18th, 2011, Debtors GENOVEVA LOPEZ AND ARMANDO PEREZ filed a motion

23

to value second lien of OCWEN LOAN SERVICING LLC (hereinafter "Lienholder") against

24

the property commonly known as 283 Daphne Way, Palo Alto, CA 94303 and more fully

25

described in Debtors' Declaration, filed on the docket as a part of Docket entry No.14, which

26

lien was recorded in County of Santa Clara on or about November 2006 in the Contra Costa

27

County Clerk Recorder's Office (hereinafter "Lien").

28

The Court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the Court hereby orders as follows:

1. For purposes of Debtors' Chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced pursuant to 11 U.S.C. Sections § 506, and §§ 1322 (b) (2) and 1327.

2. This Order shall become part of the Debtors' Chapter 13 plan.

3. Upon entry of a discharge in Debtors Chapter 13 plan case, the lien shall be avoided for all purposes, upon application by Debtors, the Court will enter an appropriate form of judgment voiding the Lien.

4. If Debtors' Chapter 13 case is dismissed or converted to one under another chapter before the Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the Court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent Order of this Court, the Lien may not be enforced so long as this Order remains in effect.

****END OF ORDER****

**Debtor**
Genoveva Lopez
283 Daphne Way
Palo Alto, CA 94303

**Chapter 13 Trustee**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

**Office of the U.S. Trustee**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

**United States Bankruptcy Court**
280 South First St.,
San Jose, CA 95113
Attn: Honorable Stephen L. Johnson

**Certified Mail**

Ocwen Loan Servicing LLC
Attn: Officer, Managing or General Agent, or any other agent authorized by appointment or by law to receive service of process
12650 Ingenuity Dr.
Orland, Fl 32826

Ocwen Loan Servicing LLC
c/o William M. Farris, CEO
1661 Worthington Rd.,
West Plan Beach, FL 33409

Ocwen Financial Services
c/o Ronald M. Farris, President
1661 Worthington Rd.,
West Plan Beach, FL 33409

**Ocwen Financial Services**
c/o The Corporation Company, *Agent for Service of Process*
1232 Q. St. 1st Flr.
Sacramento, CA 95811

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**PROOF OF SERVICE**

on all interested parties named below, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Postal Service at Mission Hills, California, addressed as follows:

## SERVICE LIST

**Debtor**
Genoveva Lopez
283 Daphne Way
Palo Alto, CA 94303

**Chapter 13 Trustee**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

**Office of the U.S. Trustee**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

**United States Bankruptcy Court**
280 South First St.,
San Jose, CA 95113
Attn: Honorable Stephen L. Johnson

**Certified Mail**

Ocwen Loan Servicing LLC
Attn: Officer, Managing or General Agent, or any other agent authorized by appointment or by law to receive service of process
12650 Ingenuity Dr.
Orland, Fl 32826

Ocwen Loan Servicing LLC
c/o William M. Farris, CEO
1661 Worthington Rd.,
West Plan Beach, FL 33409

Ocwen Financial Services
c/o Ronald M. Farris, President
1661 Worthington Rd.,
West Plan Beach, FL 33409

**PROOF OF SERVICE**

**Ocwen Financial Services**
c/o The Corporation Company, *Agent for Service of Process*
1232 Q. St. 1st Flr.
Sacramento, CA 95811

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/13/ 2011 at Mission Hills, California.

                                    */s/ Juan C. Aguilar*
                                    **Juan C. Aguilar**

**PROOF OF SERVICE**

# Notice Recipients

District/Off: 0971−5          User: knitzel          Date Created: 9/19/2011
Case: 11−57219               Form ID: pdfeoc         Total: 6

**Recipients of Notice of Electronic Filing:**
ust          Office of the U.S. Trustee / SJ          USTPRegion17.SJ.ECF@usdoj.gov
tr           Devin Derham−Burk          ctdocs@ch13sj.com

                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Genoveva Lopez          283 Daphne Way          Palo Alto, CA 94303
12054693     Ocwen Loan Servicing Llc          12650 Ingenuity Dr.          Orlando, FL 32826
             Ocwen Loan Servicing LLC          c/o William M. Farris, CEO          c/o Ronald M. Farris, President          1661
             Worthington Rd.,          West Plan Beach, fl 33409
             Ocwen Financial Services          1232 Q St 1st Fl          Sacramento, CA 95811

                                                                                TOTAL: 4